G. Smith, M.A, J.D.
55 Willow Way
Sedona, AZ  86336

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| G. SMITH, ) | CASE NO.: 117CV00712CL |
| ) | |
| Plaintiff, ) | PLAINTIFF'S MOTION TO EXTEND |
| ) | TIME FOR SERVICE OF SUMMONS |
| v. ) | |
| ) | |
| JILL LIMERICK, BARBARA WILT ) | |
| and JAMES SANSONE ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff hereby moves to extend time for service of summons and complaint on joined Defendants James Sansone and Barbara Wilt.  This motion, for good cause as follows, is made pursuant to F.R.C.P. 4(m) and L.R. 16-3.

    By certified mail on January 3, 2019, the earliest opportunity at which Plaintiff could do so due to family emergency over the holiday, Plaintiff timely served a waiver of service and summons with copies of the instant complaint upon the above-stated Defendants, neither of whom has returned said waiver despite an accurate clearly identified temporary address for such return.  Therefore, Plaintiff requires additional time to effect service upon Defendants by private process, which Plaintiff has initiated and awaits by US Marshalls.

    The instant continuance has no impact on other existing deadlines, settings, or schedules.

Dated:  February 18, 2019

                                                  _____/s/_____
                                                      G. Smith, M.A., J.D

CERTIFICATE OF SERVICE

I hereby certify that on the above-stated date I caused to be served a true and correct copy of the above-stated motion to:

Douglas McGeary
2 N. Oakdale Ave.
Medford, OR  97501

_____/s/_____
G. Smith, M.A., J.D.