Barbara Wilt
7826 Brookside Avenue
Sebastopol, CA 95472.
Phone: (510) 531-4135
Fax: none

Defendant Pro Per

FILED 19 OCT 21 14:32 USDC-ORM

United States District Court

Medford Oregon Division

| | |
|---|---|
| G. SMITH, | CASE NO. 1:17-cv-00712- CL |
| Plaintiff, | OBJECTION TO RECOMMENDED ORDER AS TO BARBARA WILT'S MOTION TO DISMISS 12(b)6 and REQUEST FOR VEXATIOUS LITIGANT FINDING & REQUIREMENT FOR G. SMITH'S FULL NAME TO BE ON THE PAPER & ORDER & REQUEST OT PAY MY FILING COSTS |
| Vs. | |
| JILL LIMERICK, BARBARA WILT and JAMES SANSONE, | |
| DEFENDANTS. | |

**TO JUDGE CLARKE AND THE U.S. COURT:**

This objection is respectfully submitted to the court by defendant Barbara Wilt regarding the Recommended Order To Dismiss in the hopes that the recommendation will address the other issues that were in my motion that are not mentioned or ruled on. While I agree with his statements about why I am being dismissed from her case; I am afraid its nearly meaningless if you don't do more to protect others and me.

**1. Please rule on the clear perjury of G. Smith aka Gwendolyn Walker Smith that I detailed in my motion to dismiss.**

The Judge did not address my part of my motion when I prove that she perjured herself to get a fee waiver in this case. The fee waiver swears that this new case is not related to any prior Judgment or case when it is.

1

I have been sued twice before by Gwendolyn Walker Smith and I keep paying, not her. I have a $42,000 judgment in Sonoma County Court and a dismissal in a prior U S District Court case. Why is there no mention of Smith's perjury? She was able to file this third case against me because she gets to file for free. I have to spend money to defend or she will harass me forever if I allow a default. She has a law degree and uses that knowledge as a weapon to harass me using the courts.

### 2. Why isn't G. Smith ruled a Vexatious Litigant in all Federal Courts?

Smith already sued me in California Federal Court and this Oregon Federal Court. Without an all Federal Court vexatious Litigant Order, she can still now go to another state like Arizona.

Suing people is her sport, as she admits, she has a law degree but no license. Without a Vexatious litigant order as to all Federal courts, she will waste more time in other courts and target others and me endlessly. She will sue again and again but never even pay a filing fee.

Having a paper that I won my motion to dismiss is not winning. It is a testament that she can cost me money at any time and the judgment I have against her is worthless. This is not justice.

### 3. Why won't the court make her pay for my filing fees?

I also saw that rule 11 let's the courts fine her, please fine her the costs mailing and copying and the lawyer consult that total $700.00.

This is a frivolous lawsuit. I am elderly on Social Security and can only work part time. The filing fee is a lot of money. Gwendolyn Smith sues people for free by lying on her application about prior cases and gets fee waivers in every court. If she does not have to pay why should I? I read that the court has the power when there is a lie on the fee waiver form to make the her pay the filing fee and make her pay for my filing fee as a sanction for her bad faith and for abusing the courts.

The court fails to see her sport is harassing me. Please do something to really stop her.

**4. Why won't the court make her use her true name and put it on the Order?**

Gwendolyn Smith admits in her papers that she is using "G. Smith" to avoid internet searches that connect her name to past cases so she can hide as she attacks. I ask that the order add her actual name Gwendolyn Walker Smith and the other names she uses in court; Gwen Smith, Gwendolyn Walker Smith, G. Smith, Gwen Walker, & Gia Shultz that I already showed the court with the other judgments in my motion, so the record of her court cases is correct for the public and the courts that have been harmed.

### CONCLUSION

Please make consequences for her doing this baseless case and dismiss it after making a vexatious litigant order that she can't sue anyone in any Federal Court without cause & include all her different names as shown in the exhibits attached to my motion i.e. Gwen Smith, Gwendolyn Walker Smith, G. Smith, Gwen Walker, & Gia Shultz; and make her pay me for my filing fee and James Sansone's filing fee.

Respectfully Submitted,

October 15, 2019

*Barbara Wilt*

Barbara Wilt

3

## CERTIFICATE OF SERVICE VIA FIRST CLASS MAIL

I hereby certify that on the date signed by me below, I mailed via US First Class Mail the following document:

**OBJECTION TO RECOMMENDED MOTION TO DISMISS 12(b)6 AND REQUEST FOR VEXATIOUS LITIGANT FINDING &**
**JILL LIMERICK, BARBARA WILT and REQUIREMENT FOR G.**
**JAMES SANSONE, SMITH FULL NAME TO BE ON THE PAPER & ORDER**

By placing the document in a prepaid envelope addressed as follows:

James Sansone REPRESENTED BY
John P. Girarde
88 Kearny St., 10th Floor
San Francisco, CA 94108-5530

Jill Limerick *REPRESENTED BY*
Douglas M. McGeary
2 North Oakdale Ave.
Medford, OR 97501

G. Smith, Plaintiff
55 Willow Way
Sedona, AZ 86336

I verify under the penalty of perjury that the above is true and correct.

DATED: October 15, 2019      *Barbara Wilt*
                             Defendant Barbara Wilt